IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRW MECHANICAL CONSULTING AND FABRICATION, LLC, a limited liability company; <br><br> Plaintiff, <br><br> vs. <br><br> AARON F. SANDINE, an individual; and AFS FABRICATION, LLC, a limited liability company; <br><br> Defendants. | 8:19CV407 <br><br> ORDER |

    This matter is before the Court on Katherine McNamara and Fraser Stryker law firm's Motion to Withdraw as Counsel for Plaintiff. (Filing No. 80.) As a limited liability company, Plaintiff cannot litigate in this forum without representation by licensed counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993). Thus, because granting the Motion to Withdraw would leave an unrepresented corporate Plaintiff, the Court will hold a hearing on the motion.

    Accordingly,

    **IT IS ORDERED:**

    1. A hearing on the Motion to Withdraw (Filing No. 80) will be held on July 8, 2022, at 4:00 p.m. in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. If Plaintiff obtains new counsel, it shall promptly notify the Court and the hearing will be canceled.

    2. Plaintiff shall appear through a corporate representative at the hearing.

    3. Ms. McNamara is directed to mail a copy of this Order to Plaintiff and file a certificate of service showing compliance with this Order by July 5, 2022.

    Dated this 30th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge