IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRW MECHANICAL CONSULTING AND FABRICATION, LLC, a limited liability company; <br><br> Plaintiff, <br><br> vs. <br><br> AARON F. SANDINE, an individual; and AFS FABRICATION, LLC, a limited liability company; <br><br> Defendants. | 8:19CV407 <br><br> **ORDER** |

A hearing was held regarding Katherine McNamara and Fraser Stryker law firm's Motion to Withdraw as Counsel for Plaintiff. (Filing No. 80.) Plaintiff did not appear through a corporate representative at the hearing. There was no objection to the motion.

Having heard the matter,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 80) is granted.

2. Katherine McNamara and Fraser Stryker law firm shall send a copy of this Order to Plaintiff no later than July 11, 2022. They shall also file a notice of withdrawal and serve the withdrawal and service the withdrawal upon Plaintiff no later than July 11, 2022. Additionally, they shall file a certificate of service setting out the addresses to which the Order and notice of withdrawal was sent. Once the notice of withdrawal and certificate of service are filed, the Clerk of Court shall terminate Katherine McNamara and Fraser Stryker law firm as counsel and terminate future notices to them in this action.

3. Plaintiff is hereby advised limited liability companies cannot litigate in this forum without representation by licensed counsel. Thus, failure to have representation could result in the entry of default judgment. Therefore, Plaintiff shall have substitute counsel enter a written appearance in this case by August 1, 2022.

Dated this 8th day of July, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge